## HOME SEMICONDUCTOR CORPORATION, Appellant

v.

## SAMSUNG ELECTRONICS CO., LTD., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Samsung Austin Semiconductor LLC, Appellees

2016-2214

United States Court of Appeals, Federal Circuit.

June 14, 2017

CRAIG R. KAUFMAN, TechKnowledge Law Group LLP, Redwood City, CA, argued for appellant. Also represented by JERRY CHEN.

CRAIG E. COUNTRYMAN, Fish & Richardson, PC, San Diego, CA, argued for appellees. Also represented by MICHAEL J. MCKEON, Washington, DC.

(Lourie, Moore, and O'malley, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**